IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDGARDO R. ORDORICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-cv-02888 |
| | § | |
| CITGO PETROLEUM CORPORATION, | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Edgardo Ordorica and Defendant Citgo Petroleum Corporation now file this Joint Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Pursuant to that rule the parties now stipulate as follows:

> All claims and defenses asserted by either party herein are hereby dismissed, with prejudice to refiling. Each party shall bear his or its own attorney's fees and costs. The parties intend that this dismissal be immediately effective without further Court order, as described in Rule 41(a)(1)(A) and other authority. *See e.g., Ramming v. Natural Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004); *Meinecke v. H & R Block of Houston*, 66 F.3d 77, 82 (5th Cir. 1995) ("According to [Rule 41(a)(i)(A)(ii)], such stipulations take effect when *filed* and do not require an order of the Court.") (emphasis in original).

Respectfully submitted,

DOW GOLUB REMELS & GILBREATH, PLLC

By: /s/ Andrew S. Golub
 Andrew S. Golub
 Texas Bar No. 08114950
 asgolub@dowgolub.com
 2700 Post Oak Blvd., Suite 1750
 Houston, Texas 77056
 Telephone: (713) 526-3700
 Facsimile: (713) 526-3750

 ATTORNEY FOR PLAINTIFF

JONES DAY

By: */s/ Stanley Weiner*
    Stanley Weiner
    Texas Bar No. 21091020
    sweiner@jonesday.com
    2727 North Harwood Street
    Dallas, Texas 75201
    Telephone: (214) 969-3731
    Facsimile: (214) 969-5100

    Joanne R. Bush
    Texas Bar No. 24064983
    S.D. Tex. No. 2175417
    jrbush@jonesday.com
    Jones Day
    717 Texas, Suite 3300
    Houston, Texas 77002
    Telephone: (832) 239-3782
    Facsimile: (832) 239-3600

    ATTORNEYS FOR DEFENDANT